**BLANK ROME LLP**
John D. Kimball
Michael B. Schaedle
Gregory F. Vizza (*pro hac vice* admission pending)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

*Attorneys for the Foreign Representative*
*of Daebo International Shipping Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| **DAEBO INTERNATIONAL SHIPPING CO., LTD.**, | Case No. 15-_____(  ) |
| Debtor in a Foreign Proceeding | |

## LISTS AND STATEMENTS FILED PURSUANT TO BANKRUPTCY RULE 1007(a)(4)

I, Chang-Jung Kim, the custodian and foreign representative (the "Petitioner") of Daebo International Shipping Co., Ltd. (the "Company") in the Company's proceeding under the Republic of Korea's Debtor Rehabilitation and Bankruptcy Act (the "Korean Bankruptcy Proceeding"), hereby file the following statements lists in accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure of the United States, which provides:

> In addition to the documents required under §1515 of the Code, a foreign representative filing a petition for recognition under chapter 15 shall file with the petition: (A) a corporate ownership statement containing the information described in Rule 7007.1; and (B) unless the court orders otherwise, a list containing the names and addresses of all persons or bodies authorized to administer foreign proceedings of the debtor, all parties to litigation pending in the United States in which the debtor is a party at the time of the filing of the petition, and all entities against whom provisional relief is being sought under §1519 of the Code

Fed. R. Bankr. P. 1007(a)(4).

1

**Corporate Ownership Statement**

The Company currently has outstanding 383,824 shares of stock which is owned by the following entities/individuals in the percentages reflected:

| Name of Entity/Individual | Percentage of Outstanding Stock Owned |
|---|---|
| Chang-Jung Kim | 35.4% |
| Jae Young Noh | 21.8% |
| Daebo International Shipping Co., Ltd. | 20.4% |
| Young Chul Yoon | 9.6% |
| Ji Eun Oh | 7.2% |
| Won Jae Kim | 4.8% |
| Ministry of Strategy and Finance | 0.8% |

**Custodian in the Foreign Proceeding Respecting Debtor**

Chang-Jung Kim, existing Chief Executive Officer, custodian and foreign representative of the Company:
7th floor 15 Saemunan-ro 3-gil (Dangju-dong), Jongno-gu, Seoul, Korea

**Litigation Parties in the United States**

The Company is a party to the following litigation in the United States:

1. *Richardson Stevedoring & Logistics Services, Inc v. Daebo International Shipping Co. Ltd. et al*. (Case No. 15-cv-00490) pending in the United States District Court for the Eastern District of Louisiana.

2. *SPV 1 LLC v. Daebo International Shipping Co. Ltd. et al.* (Case No. 15-cv-00494) pending in the United States District Court for the Eastern District of Louisiana.

3. *American Marine Services, Inc. v. Daebo International Shipping Co. Ltd. et al.* (Case No. 15-cv-00496) pending in the United States District Court for the Eastern District of Louisiana.

4. *Jaldhi Overseas PTE. Ltd. v. Daebo International Shipping Co. Ltd. et al.* (Case No. 15-cv-00758) pending in the United States District Court for the Eastern District of Louisiana.

5. *Daebo International Shipping Co Ltd v. Navision Shipping Company A/S et al.* (Dkt No. 14-cv-02959 pending in the United States District Court for the Eastern District of Louisiana.

**Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519**

The Company seeks provisional relief against plaintiffs and other parties in the aforesaid civil actions and protection of the Company's property and assets within the territorial jurisdiction of the United States.

[*Remainder of Page Intentionally Left Blank*]

I, Chang-Jung Kim, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the information set forth above is, to the best of my knowledge, information and belief; complete and correct.

Executed at Seoul, Republic of Korea
on March 12, 2015

_____
Chang-Jung Kim, Custodian and Foreign
Representative of Daebo International Shipping Co.,
Ltd.