**BLANK ROME LLP**
John D. Kimball
Michael B. Schaedle
Gregory F. Vizza (*pro hac vice* admission pending)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

*Attorneys for the Foreign Representative*
*of Daebo International Shipping Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X   Chapter 15
In re:                                                          :
                                                                :   Case No. 15-10616(MEW)
**DAEBO INTERNATIONAL SHIPPING CO.,**          :
**LTD.,**                                                      :
                                                                :
                              Debtor in a Foreign Proceeding   :
--------------------------------------------------------------- X

**NOTICE OF FILING AND HEARING ON *EX PARTE*
APPLICATION FOR PROVISIONAL RELIEF PENDING
RECOGNITION OF A FOREIGN MAIN PROCEEDING**

**PLEASE TAKE NOTICE**, on March 16, 2015, Chang-Jung Kim, the custodian and

foreign representative (the "Petitioner") of Daebo International Shipping Co., Ltd. (the

"Company"), in the Company's proceeding (case number 2015 HoeHap 10036 Rehabilitation)

under the Republic of Korea's Debtor Rehabilitation and Bankruptcy Act, by United States

counsel, Blank Rome LLP, filed a *Verified Petition under Chapter 15 of title 11 of the United*

*States Code* (the "Bankruptcy Code") *for Recognition of a Foreign Main Proceeding* and

*Official Form Petition* commencing a chapter 15 case ancillary to the Korean Bankruptcy

Proceeding and seeking recognition of such foreign proceeding as a "foreign main proceeding"

and relief in aid of the Korean Bankruptcy Proceeding in the United States Bankruptcy Court for

the Southern District of New York (the "Bankruptcy Court") with respect to the Company.

134879.06502/100018010v.1

PLEASE TAKE FURTHER NOTICE, that in connection therewith, the Petitioner has filed an *Ex Parte Application for Provisional Relief Pending Recognition of a Foreign Main Proceeding* (the "Provisional Relief Application").  A copy of the Provisional Relief Application is attached hereto.  **Your rights may be affected by the relief requested by the Provisional Relief Application.**

PLEASE TAKE FURTHER NOTICE, the Bankruptcy Court has scheduled a hearing on the Provisional Relief Application for **March 19, 2015 at 11:00 a.m. (ET)**. before the Honorable Michael E. Wiles, in Room 617 of the Bankruptcy Court, One Bowling Green, New York, New York 10004 U.S.A. (the "Hearing").

PLEASE TAKE FURTHER NOTICE, that responses or objections to the relief requested by the Provisional Relief Application may be submitted prior to the Hearing or presented at the Hearing.

PLEASE TAKE FURTHER NOTICE, that any party in interest wishing to submit a written response or objection to the Provisional Relief Application or the relief requested by the Petitioner must do so pursuant to the Bankruptcy Code and the Local and Federal Rules of Bankruptcy Procedure, including, without limitation, Federal Rules of Bankruptcy Procedure Rule 1011, in writing and setting forth the bases therefore, and such response or objection must be filed with the Office of the Clerk of the Court, Room 534, One Bowling Green, New York, New York 10004-1408; and served on the attorneys for the Petitioner, (Blank Rome LLP, 405 Lexington Avenue, New York, New York 10174-0208 U.S.A., Attn: Michael B. Schaedle, Esq. (schaedle@blankrome.com) and Rick Antonoff, Esq. (rantonoff@blankrome.com)), so as to be received prior to the Hearing.

2

**PLEASE TAKE FURTHER NOTICE**, that any written response or objection to be filed with the Office of the Clerk of the Court must be filed; (i) electronically by registered users of the Bankruptcy Court's electronic case filing system in accordance with General Order M-242 of the Bankruptcy Court for the Southern District of New York, a copy of which may be viewed on the Bankruptcy Court's website, www.nysb.uscourts.gov; and (ii) by all other parties in interest on a 3.5 inch disc, with hard copy provided to the Chambers of the Honorable Michael E. Wiles United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 U.S.A.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice other than an announcement in open court at the Hearing of the adjourned date or dates or any further adjourned hearing.

**PLEASE TAKE FURTHER NOTICE**, that any documents filed by the Petitioner will be made available upon request at the office of the Petitioner's United States counsel at the address below:

> **Blank Rome LLP**
> 405 Lexington Avenue
> New York, New York 10174-0208
> Tel: (212) 885-5000
> Fax: (212) 210-9444
> Attn:   Michael B. Schaedle, Esq.
>
> *Attorneys for the Foreign Representative of*
> *Daebo International Shipping Co., Ltd.*

3