UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X  Chapter 15
In re:                                                             :
                                                                   :  Case No. 15-10616 (MEW)
**DAEBO INTERNATIONAL SHIPPING CO.,**                              :
**LTD.**,                                                          :
                                                                   :
        Debtor in a Foreign Proceeding   :
------------------------------------------------------------------ X

**ORDER SCHEDULING HEARING ON VERIFIED CHAPTER 15 PETITION AND
SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE OF HEARING**

    Upon the application (the "Application")[1] Chang-Jung Kim, the custodian and foreign representative (the "Petitioner") of Daebo International Shipping Co., Ltd. (the "Company"), in the Company's proceeding (case number 2015 HoeHap 10036 Rehabilitation) (the "Korean Bankruptcy Proceeding") under the Republic of Korea's Debtor Rehabilitation and Bankruptcy Act (as amended, the "DRBA"), for entry of an order scheduling a hearing on the Petitioner's chapter 15 petition and specifying the form and manner of service of notice of the hearing; it is hereby:

    ORDERED, that the form of the Notice attached as Exhibit B to the Application is hereby approved; and it is further

    ORDERED, that copies of the Notice, the Petition and the documents filed in support thereof (collectively, the "Service Documents") shall be served by United States mail, first-class postage prepaid on or before **March 17, 2015**, upon the Chapter 15 Notice Parties in accordance with Rules 1010 and 7004(a) and (b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") at their last known addresses; and it is further

    ORDERED, that if any party files a notice of appearance in this case, the Petitioner shall serve the Service Documents upon such party within ten (10) business days of the filing of such

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

1

notice of appearance if such documents have not already been served on such party (or its counsel); and it is further

ORDERED, that service of the Service Documents in accordance with this Order, is hereby approved as adequate and sufficient notice, and service of the Service Documents on all interested parties; and it is further

ORDERED, that a hearing (the "Hearing") on the relief sought in the Petition as well as responses or objections, if any, to the Service Documents shall be held on April 7, **2015**, **at 10:00 a.m. New York time** (the "Hearing Date"), or as soon thereafter as counsel shall be heard, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; and it is further

ORDERED, that responses or objections, if any, to the Service Documents must be in writing describing the basis therefore and shall be filed with the Court electronically by registered users of the Court's electronic case filing system, and by all other parties in interest, on a 3.5 inch disc, preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, with hard copy to the Chambers of the Honorable Michael E. Wiles, United States Bankruptcy Judge, and served upon Blank Rome LLP, 405 Lexington Avenue, New York, New York 10174 (Attention: Michael B. Schaedle, Esq.), United States counsel to the Petitioner, so as to be received on or before 4:00 p.m. New York time on **March 30, 2015**; and it is further

ORDERED, that replies in support of the relief sought in the Petition shall be filed with the Court on or before 4:00 p.m. New York time on **April 2, 2015**; and it is further

ORDERED, that the Hearing may be adjourned from time to time without notice other than an announcement in open court at the Hearing or the adjourned date of the hearing; and it is further

ORDERED, that all notice requirements specified in Bankruptcy Code section 1514(c) are hereby found to be inapplicable or are otherwise waived; and it is further

ORDERED, that service pursuant to this Order shall be good and sufficient service and adequate notice of the hearing to consider the Petition and the Petitioner's request for an order granting recognition of the foreign proceeding as a "foreign main proceeding" and for relief, including the automatic stay.

Dated: New York, New York
       March 17, 2015

<u>s/Michael E. Wiles</u>
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE
