**BLANK ROME LLP**
John D. Kimball
Michael B. Schaedle
Gregory F. Vizza (admitted *pro hac vice*)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

*Attorneys for the Foreign Representative*
*of Daebo International Shipping Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| **DAEBO INTERNATIONAL SHIPPING CO., LTD.**, | Case No. 15-10616 (MEW) |
| Debtor in a Foreign Proceeding | |

## CERTIFICATE OF SERVICE

I, Michael B. Schaedle, hereby certify that on March 16, 2015 and March 17, 2015, I caused copies of the 1) *Ex Parte Application for Provisional Relief Pending Recognition of a Foreign Main Proceeding* [D.I. 4] and 2) *Notice of Filing and Hearing on Ex Parte Application for Provisional Relief Pending Recognition of a Foreign Main Proceeding* [D.I. 6] to be served upon the parties listed on the attached service lists in the manner set forth therein.

Dated: March 17, 2015      BLANK ROME LLP
       New York, New York

By: /s/ *Michael B. Schaedle*
John D. Kimball
Michael B. Schaedle
Gregory F. Vizza (admitted *pro hac vice*)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

*Attorneys for the Foreign Representative*
*of Daebo International Shipping Co., Ltd.*

134879.06502/100019145v.1

## Service List

### (Served 3/16/15 via email and Overnight Mail)

| | |
|---|---|
| *(Counsel for Richardson Stevedoring & Logistics Services, Inc.)*<br>Michael M. Butterworth<br>Phelps Dunbar LLP<br>365 Canal Street Suite 2000<br>New Orleans, Louisiana 70130-6534<br>Michael.butterworth@phelps.com | (Counsel for American Marine Services, Inc.)<br>Andrew deKlerk<br>T. Patrick O'Leary<br>Brandon Thibodeaux<br>Frilot , LLC<br>1100 Poydras Street<br>Suite 3700<br>New Orleans, LA  70163<br>adeklerk@frilot.com<br>poleary@frilot.com<br>bthibodeaux@frilot.com |
| (Counsel for SPV1 LLC and Lark Shipping S.A.)<br>Dimitri P. Georgantas<br>Ivan M. Rodriguez<br>Chaffe McCall, L.L.P.<br>801 Travis Street Suite 1910<br>Houston TX 77002<br><br>Alan R. Davis<br>Chaffe McCall, L.L.P.<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163<br>Davis@chaffe.com<br>Georgantas@chaffe.com<br>Rodriguez@chaffe.com | (Counsel for Jaldhi Overseas Pte. Ltd.)<br>Kyle L. Potts<br>L. Cole Callihan<br>Adams and Reese LLP<br>One Shell Square<br>701 Poydras Street, Suite 4500<br>New Orleans, Louisiana  70139<br>Kyle.potts@arlaw.com<br>Cole.callihan@arlaw.com |

134879.06502/100019145v.1

### Served 3/16/15 via Overnight Mail

| Name | Address |
|---|---|
| Richardson Stevedoring And Logis | Department # 9014 P.O. BOX 4726 Houston |
| Gulf Steram Marine | 10000 Manchester Avenue ssuite C Houston, Texas 77012 |
| Southport Agency, Inc. | 2700 Lake Villa Drive Suite 180 Metairie, LA 70002 |
| American Marine Services, Inc. | 7941 Katy Freeway, Suite 500, Houston, TX, USA |
| Bay-Houston Towing Co. | 2243 Milford P.O. Box 3006, Houston, Texas 77253-3006 |
| Kingsley & Kingsley | 91 w. Cherry Street Hicksville New York 11801 |
| Pacific Insurance & Maritime | 500 Carson Plaza Dr. SUITE232, carson, Ca. 90746, USA |
| Bluewave Maritime Agency Inc | 927 Natchez Street, San pedro, CA 90731 USA |
| Applied Weather Technology, Inc. | 140 Kifer Court Sunnyvale, CA 94086 |
| Millenium Maritime, Inc. | Berth LA 301, 1610 Barrachda Street, San Pedro, CA 90731 |
| Mashin Shokai(America) Co. Inc. | 33Wood Ave. South, Suite 600, Iselin NJ. 08830 USA |
| Gulfmar, LLC | 1450W. Grand Parkway s., Suite G123, Katy, TX 77494 USA |
| Hanbada Shipping & Services, Inc | 1332 Hewitt court, Fullerton, CA 92833, USA |
| A-1 Logistics & Customs Brokerage | 19711 Mallets Bay Ct, Richmond, TX 77407 |
| Kormarine Services | 312W. Summerfield Cir. Anaheim, California, 92802 USA |
| Alexander Canocha Keesal, Young&Logan | 450 Pacific Avenue, San Francisco, CA 94133 USA |
| Associated Terrminals Of St. Bernard LLCSsociated | 1342 Hwy 44, Reseve, Louisiana 70084, USA |
| Gallagher Marine Systems | 200 Century Parkway, Suite D Mount Laurel, NJ 08054 USA |
| Department of Fish and Game Office of Spill | 1700 K Street, Suite 250, Sancramento, California |
| T. Parker Host, Inc. | 500 Plume Street East, Suite 600 Norfolk, Virginia 23510 USA |
| Sea And Land Shipping, Inc. | 116 S. Howard Avenue, Tampa, FL 33606-1725 |
| O'brien's Oil Pollution Services Inc. | 9575 Katy Fwy. Houston, TX 77024 |
| Marlink Inc. | 2600 Tower Oaks Blvd #700, Rockville, MD 20852 USA |
| Crescent Towing | 1240 Patterson Street New Orleans, LA 70114 |
| Lamorte Burns & Co., Inc. | 64 Danbury Road Wilton, CT 06897 USA |
| K&C Shipping, Inc. | 917 N Carrollton Ave. New Orleans, LA 70119 |
| Fowler Rodriguez Valdez-Fauli | 400 Poydras Street, 30F, New Orleans, LA 70130 USA |
| National Response Corporation | 3500 Sunrise Highway Suite 200 Building 200 Great River, NY11739 USA |
| CHEVRON MARINE | 1500 Louisiana Street Houston TX 77002 |
| TRANSMARINE NAVIGATION | 1200 N.W. Naito Parkway, Suite 470, Portland |
| WILHELMSEN TAMPA | 1212 North 39th St # 404 Tampa, FL 33605 |

### Served 3/16/15 via International Mail

| Name | Address |
|---|---|
| Lark Shipping S.A. | Trust Company Complex, Ajeltake Road, Ajeltake Island MH, 96960 PO Box 1405 Majuro Marshall Islands |
| Jaldhi Overseas Pte. Ltd. | 1 Coleman St., No. 09-11 The Adelphi, Singapore 179803 |
| SPV 1 LLC-Care of Technomar Shipping Inc. | 3-5, Menandrou Street, Kifisia, 145 61, Athens, Greece |
| Lark Shipping LLC- Care of Meadway Shipping & Trading Inc | 3rd Floor, 107, Vouliagmenis Avenue, Glyfada, 166 74, Athens, Greece |

### Served 3/17/15 via Email and Hand Delivery

| Name | Address |
|---|---|
| Office of the United States Truste - Attn: Andrew Velez-Rivera | U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014 |