HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Attn: Warren E. Gluck, Esq.
  Barbra R. Parlin, Esq.
  Duvol M. Thompson, Esq.

*Attorneys for SPV 1 LLC, Richardson Stevedoring
& Logistics Services, Inc. and Jaldhi Overseas Pte Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           : Chapter 15
DAEBO INTERNATIONAL SHIPPING                               :
CO. LTD.                                                   : Case No. 15-10616 (MEW)
                                                           :
          Debtor in a Foreign                              :
          Proceeding
-----------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure, and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorneys appear as counsel for SPV 1 LLC, Richardson Stevedoring & Logistics Services, Inc. and Jaldhi Overseas Pte Ltd., a parties-in-interest in the proceeding involving the above-captioned "foreign debtor," and request that all notice given or required to be given in this action and all related actions, be given and served upon:

Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
Attn: Warren E. Gluck, Esq.
Barbra R. Parlin, Esq.
Duvol M. Thompson, Esq.
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Email: warren.gluck@hklaw.com
barbra.parlin@hklaw.com
duvol.thompson@hklaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Foreign Debtor.

Dated: New York, New York
March 18, 2015

HOLLAND & KNIGHT LLP

By: /s/ *Warren E. Gluck*
Warren E. Gluck, Esq.
Barbra R. Parlin, Esq.
Duvol. M. Thompson, Esq.
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
*Attorneys for SPV 1 LLC, Richardson Stevedoring & Logistics Services, Inc. and Jaldhi Overseas Pte Ltd.*