FRILOT, LLC
Brandon K. Thibodeaux (*pro hac vice*)
1100 Poydras Street
Suite 3800
New Orleans, Louisiana 70163
Tel: (504) 599-8253
Fax: (504) 599-8100
*Attorneys for American Marine Services, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**DAEBO INTERNATIONAL SHIPPING CO., LTD.,**<br><br>Debtor in a Foreign Proceeding | Chapter 15<br><br>Case No. 15-10616 MEW |

### AMERICAN MARINE SERVICES, INC.'S
### SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO *EX PARTE* APPLICATION FOR PROVISIONAL RELIEF PENDING RECOGNITION OF A FOREIGN MAIN PROCEEDING AND CROSS-MOTION TO DISMISS PURSUANT TO FRCP 12(b)(3)

**NOW INTO COURT**, through undersigned counsel, comes American Marine Services, Inc. ("AMS") and hereby refines its earlier filed Opposition to the *Ex Parte* Application for Provisional Relief Pending Recognition of a Foreign Main Proceeding, Record Doc. No. 15. At the close of AMS's original Opposition, having discussed the matter with Louisiana counsel for SPV 1, LLC, but not yet having seen a copy of the latter's Limited Objection to Request for Provisional Relief filed as Record Doc. No. 18, AMS adopted by reference "all other non-venue related arguments raised herein by the other parties objecting to the instant Application." *See* Record Doc. No. 15, at p. 4. However, having reviewed the Limited Objection to Request for Provisional Relief filed by SPV 1, LLC, Jaldhi Overseas PTE. Ltd. and Richardson Stevedoring & Logistics Services, Inc., AMS is inclined to back away from that statement. In addition to

AMS's primary venue argument, AMS adopts the other Rule B Claimants' arguments except those contending that the subject vessel does not belong to Daebo and that Daebo is a nominally named defendant over whom the United States District Court for the Eastern District of Louisiana does not have *quasi in rem* jurisdiction because Daebo does not have property in that District.

Dated: March 19, 2015

                                        Respectfully submitted,

                                        FRILOT, LLC

                                        */s/ Brandon K. Thibodeaux*
                                        Brandon K. Thibodeaux (LA 32725, *pro hac vice*)
                                        1100 Poydras Street
                                        Suite 3800
                                        New Orleans, Louisiana  70163
                                        (504) 599-8253 Phone; (504) 599-8110 Fax
                                        bthibodeaux@frilot.com
                                        **Counsel for American Marine Services, Inc.**

## AFFIRMATION OF SERVICE

I hereby certify that on March 19, 2015, a copy of the foregoing SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO EX PARTE APPLICATION FOR PROVISIONAL RELIEF PENDING RECOGNITION OF A FOREIGN MAIN PROCEEDING AND CROSS-MOTION TO DISMISS PURSUANT TO FRCP 12(b)(3) was filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                          */s/ Brandon K. Thibodeaux*