**BLANK ROME LLP**
John D. Kimball
Michael B. Schaedle
Gregory F. Vizza (admitted *pro hac vice*)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

*Attorneys for the Foreign Representative
of Daebo International Shipping Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------- X | | |
| In re: | : | Chapter 15 |
| | : | |
| **DAEBO INTERNATIONAL SHIPPING CO., LTD.**, | : | Case No. 15-10616 (MEW) |
| | : | |
| Debtor in a Foreign Proceeding | : | |
| ------------------------------------------------------------- X | | |

### NOTICE OF THIRD ADJOURNMENT OF HEARING ON *EX PARTE* APPLICATION FOR PROVISIONAL RELIEF PENDING RECOGNITION OF A FOREIGN MAIN PROCEEDING

TO ALL PARTIES ON THE ATTACHED SERVICE LIST:

**PLEASE TAKE NOTICE** that, at the direction of the Court and with consent of the Attachment Parties and the Petitioner, the hearing that was rescheduled in the above-captioned case for Thursday, April 2, 2015 at 11:00 a.m. (ET) regarding the Petitioner's Ex Parte *Application for Provisional Relief Pending Recognition of a Foreign Main Proceeding* [Dkt. No. 4] has been further adjourned to **Thursday, April 9, 2015 at 11:00 a.m. (ET)** before the Honorable

Michael E. Wiles, in Room 617 of the Bankruptcy Court, One Bowling Green, New York, New York 10004 U.S.A. (the "Hearing").

| | |
|---|---|
| Dated: April 1, 2015<br>New York, New York | **BLANK ROME LLP**<br><br>Attorneys for the Foreign Representative of<br>Daebo International Shipping Co., Ltd.<br>405 Lexington Avenue<br>New York, New York 10174-0208<br>Tel: (212) 885-5000<br>Fax: (212) 210-9444 |