**BLANK ROME LLP**
John D. Kimball
Michael B. Schaedle
Gregory F. Vizza (admitted *pro hac vice*)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

*Attorneys for the Foreign Representative*
*of Daebo International Shipping Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| **DAEBO INTERNATIONAL SHIPPING CO., LTD.**, | Case No. 15-10616 (MEW) |
| Debtor in a Foreign Proceeding | |

### NOTICE OF ADJOURNMENT OF HEARING ON PETITIONER'S VERIFIED PETITION UNDER CHAPTER 15 FOR RECOGNITION OF A FOREIGN MAIN PROCEEDING

TO ALL PARTIES ON THE ATTACHED SERVICE LIST:

**PLEASE TAKE NOTICE** that, consistent with the *Order Scheduling Hearing Dates Regarding Petitioner's: (I)* Ex Parte *Application for Provisional Relief and (II) Verified Petitioner* [Dkt. No. 23], the hearing that was originally scheduled in the above-captioned case for Tuesday, April 7, 2015 at 10:00 a.m. (ET) regarding the Petitioner's *Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding* [Dkt. No. 3] has been adjourned to **Friday, April 24, 2015 at 10:00 a.m. (ET)** before the Honorable

Michael E. Wiles, in Room 617 of the Bankruptcy Court, One Bowling Green, New York, New York 10004 U.S.A. (the "Hearing").

| | |
|---|---|
| Dated: April 6, 2015<br>New York, New York | **BLANK ROME LLP**<br><br>Attorneys for the Foreign Representative of<br>Daebo International Shipping Co., Ltd.<br>405 Lexington Avenue<br>New York, New York 10174-0208<br>Tel: (212) 885-5000<br>Fax: (212) 210-9444 |