UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

**DAEBO INTERNATIONAL SHIPPING CO. LTD.**,

    Debtor in a Foreign Proceeding

Chapter 15

Case No. 15-10616 (MEW)

---

**AMENDED ORDER SCHEDULING HEARING DATES REGARDING PETITIONER'S (I) EX PARTE APPLICATION FOR PROVISIONAL RELIEF AND (II) VERIFIED PETITION**

WHEREAS, on March 16, 2015, Chang-Jung Kim, the custodian and foreign representative (the "Petitioner") of Daebo International Shipping Co., Ltd. (the "Company"), in the Company's proceeding under the Korean Rehabilitation and Bankruptcy Act pending before the Seoul Central District Court, (case number 2015 10036 Rehabilitation) filed the: (i) Ex Parte *Application for Provisional Relief Pending Recognition of a Foreign Main Proceeding* [Dkt. No. 4] (the "Application")[1], in which Petitioner sought provisional relief in the form of a stay of all proceedings against the Company and its Assets (the "Stay Request"), and *vacatur* of the Rule B Actions (the "Vacatur Request"); and (ii) *Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding* [Dkt. No. 2] (the "Verified Petition"); and

WHEREAS, a hearing on the Application was held on March 19, 2015 (the "Hearing"); and

WHEREAS, Richardson, SPV 1, Jaldhi and AMS (collectively, the "Attachment Parties") opposed certain aspects of the relief requested by the Application; and

---

[1] Capitalized terms not defined in this Order shall have the meanings given to them in the Application.

WHEREAS, after the Hearing, the Court entered an Order granting the Stay Request [Dkt. No. 21] and a Scheduling Order [Dkt. No. 23] ("Scheduling Order") with respect to the remaining relief requested by the Application and the relief requested by the Verified Petition; and

WHEREAS, the Attachment Parties and the Petitioner, having recently agreed on terms of a framework for consensual resolution of the disputes, have also agreed to an amended schedule for adjudication of the remaining relief requested by the Application and the relief requested by the Verified Petition.

**IT IS HEREBY ORDERED** that the Scheduling Order is amended as follows:

1. This Court will hold a hearing on **May 7, 2015 at 10:00 a.m. (ET)** (the "Recognition Hearing") to consider (i) the Vacatur Request, (ii) the relief requested by the Verified Petition, (iii) any contest in respect of the venue of this Chapter 15 case, or (iv) any other opposition or contest relating to recognition of this Chapter 15 case under applicable bankruptcy law and rules of bankruptcy procedure (an "Other Opposition").

2. In connection with the Recognition Hearing, (i) all objections to the Vacatur Request and/or the relief Requested by the Verified Petition, (ii) all motions to transfer venue of this Chapter 15 case, and (iii) all Other Opposition must be filed with this Court and served on Petitioner's counsel via e-mail and first class mail (Blank Rome LLP, 405 Lexington Avenue, New York, New York 10174 (Attn: John D. Kimball, Esq. (jdkimball@blankrome.com) and Michael B. Schaedle, Esq. (schaedle@blankrome.com)) on or before **April 28, 2015 at 4:00 p.m**. **(ET)**. The Petitioner may respond to any such objections, motions to transfer venue, or Other Opposition on or before **May 1, 2015 at 4:00 p.m. (ET)**.

**IT IS SO ORDERED.**

Dated: April 17, 2015
New York, New York

**/s/ Michael E. Wiles**
MICHAEL E. WILES
United States Bankruptcy Judge