**BLANK ROME LLP**
John D. Kimball
Michael B. Schaedle
Gregory F. Vizza (admitted *pro hac vice*)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

*Attorneys for the Foreign Representative*
*of Daebo International Shipping Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 15 |
| | : | |
| **DAEBO INTERNATIONAL SHIPPING CO., LTD.**, | : | Case No. 15-10616 (MEW) |
| | : | |
| Debtor in a Foreign Proceeding | : | |

## STATUS REPORT CONCERNING SPECIAL VESSEL RELEASE BOND

TO THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE:

Chang-Jung Kim, the custodian and foreign representative of Daebo International Shipping Co., Ltd., by and through his undersigned counsel, hereby submits this *Status Report Concerning Special Vessel Release Bond*, and respectfully represents that on April 30, 2015, consistent with the provisions of the *Order Granting Provisional Relief and Approving Agreement with Certain Creditors* [Dkt. No. 38], Shinhan Capital Co., Ltd. posted a Special Vessel Release Bond ("Bond") in the case captioned *Richardson Stevedoring & Logistics Services, Inc., et al. v. Daebo International Shipping Co., Ltd., et al.*, Case No. 15-490 pending

1

in the United States District Court for the Eastern District of Louisiana. A copy of the Bond is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: May 1, 2015<br>New York, New York | **BLANK ROME LLP**<br><br>By: _/s/ Michael B. Schaedle_<br>John D. Kimball<br>Michael B. Schaedle<br>Gregory F. Vizza (admitted *pro hac vice*)<br>405 Lexington Avenue<br>New York, New York 10174-0208<br>Tel: (212) 885-5000<br>Fax: (212) 855-5001<br><br>*Attorneys for the Foreign Representative of Daebo International Shipping Co., Ltd.* |