UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**DAEBO INTERNATIONAL SHIPPING CO. LTD.,**<br><br>Debtor in a Foreign Proceeding | Chapter 15<br><br>Case No. 15-10616 (MEW) |

### STIPULATION ESTABLISHING FORBEARANCE PERIOD REGARDING ORDER ON MOTION TO VACATE AND SETTING BRIEFING SCHEDULE

WHEREAS, on December 15, 2015, this Court entered an opinion and order granting the motion of Chang-Jung Kim, the custodian and foreign representative (the "Foreign Representative") of Daebo International Shipping Co., Ltd. to vacate certain maritime attachments (the "Attachments") [D.E. 75 & 76] (the "Vacatur Order"); and

WHEREAS Richardson Stevedoring & Logistics Services, Inc. ("Richardson") and SPV 1 LLC ("SPV") (collectively, the "Rule B Creditors") are considering an appeal of the Vacatur Order and, in connection therewith, seeking a stay pending appeal; and

WHERAS the Foreign Representative and the Rule B Creditors wish to avoid emergency motion practice in connection therewith.

IT IS HEREBY STIPULATED AND AGREED THAT, unless otherwise ordered by this Court or agreed to by the parties, the Attachments shall remain in effect until: (i) January 6, 2016, or (ii) if the Rule B Creditors file a motion for a stay of the Vacatur Order by January 6, 2016, the date upon which such motion is decided by this Court (the "Forbearance Period"); and

IT IS FURTHER STIPULATED AND AGREED that, during the Forbearance Period, the Foreign Representative shall take no action to enforce the Vacatur Order against the Rule B Creditors, unless otherwise ordered by this Court or agreed to by the parties; and

IT IS FURTHER STIPULATED AND AGREED that the due date for the Rule B Creditors' brief in support of the stay pending appeal shall be due on January 6, 2016; and

IT IS FURTHER STIPULATED AND AGREED that the due date for the Foreign Representative's opposition papers, if any shall be January 20, 2016; and

IT IS FURTHER STIPULATED AND AGREED that the due date for the Rule B Creditors' reply papers, if any, shall be January 27, 2016.

BLANK ROME LLP
_____
John D. Kimball
Michael B. Schaedle
Thomas Belknap
405 Lexington Ave
New York, NY 10174

*Counsel for the Foreign Representative of Daebo International Shipping Co., Ltd.*

HOLLAND & KNIGHT LLP
_____
Warren E. Gluck
31 West 52nd Street
New York, NY 10019

*Counsel for SPV 1, LLC, and Richardson Stevedoring & Logistics, Inc.*

134879.06502 101828577v.2