**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: : | |
| : | |
| : | |
| DAEBO INTERNATIONAL SHIPPING : | |
| CO., LTD. : | Chapter 15 |
| : | Case No. 15-10616 (MEW) |
| : | |
| Debtor in a Foreign Proceeding : | |

------------------------------------------------------------x

## MOTION TO STAY VACATUR ORDER PENDING APPEAL

SPV 1 LLC ("**SPV**") respectfully moves in accordance with Rule 8005 of the Federal Rules of Bankruptcy Procedure and the parties Stipulation governing this stay motion [D.E. 77], for an order staying the Court's opinion and order dated December 15, 2015, granting the motion of Daebo International Shipping Co., Ltd. (the "**Foreign Debtor**"), to vacate the maritime attachments ("**Attachment**") in respect of the M/V DAEBO TRADER in Louisiana [D.E.s 75 & 76] ("**Vacatur Order**") pending SPV's appeal of the Vacatur Order.

**HOLLAND & KNIGHT LLP**
*/s/ Warren E. Gluck*
Warren E. Gluck
31 West 52nd Street
New York, NY 10019
Tel: (212) 513-3200
Fax: (212) 385-9010
warren.gluck@hklaw.com
*Attorneys for SPV 1, LLC*

#38231611_v1